In the Matter of SALVATORE CAMERCIO et al., Respondents, against JAMES E. FINEGAN, Individually and as President of the Municipal Civil Service Commission of the City of New York, et al., Defendants, and PATRICK FINNEGAN, Intervenor, Appellant.

(Argued May 18, 1936; decided June 2, 1936.)

*Joseph A. McNamara* for appellant.

*David S. Romanov, Edward T. Beldegreen, Jacob Nass* and *Philip Bernstein* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.